
**"UNDER SEAL"**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
CHARLOTTE, NC
APR 21 2016
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 1:16 CR 16 |
| | ) | |
| v. | ) | **SEALING ORDER** |
| | ) | |
| (1) KEVIN MCARTHUR BAILEY | ) | |
| (2) JAMES ROLLINS GLOVER, JR. | ) | |
| (3) ANTHONY PRINCE LANEY | ) | |
| (4) LONNIE MCDOWELL | ) | |
| (5) CRAIG VINSHUN MOSLEY | ) | |
| (6) JUSTIN LATREY MOSLEY | ) | |
| (7) VINCENT G. MOSLEY | ) | |
| (8) HEATHER MICHELLE SHEHAN | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 21 day of April, 2016..

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA