UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED IN COURT ASHEVILLE, N.C.
MAY 04 2016
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:16 CR 16 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| 1) KEVIN MCARTHUR BAILEY ) | |
| 2) JAMES ROLLINS GLOVER, JR. ) | |
| 3) ANTHONY PRINCE LANEY ) | |
| 4) LONNIE MCDOWELL ) | |
| 5) CRAIG VINSHUN MOSLEY ) | |
| 6) JUSTIN LATREY MOSLEY ) | |
| 7) VINCENT G. MOSLEY ) | |
| 8) HEATHER MICHELLE SHEHAN ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

This 4th day of May, 2016.

HONORABLE DENNIS L. HOWELL
U.S. MAGISTRATE COURT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA