# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-cr-00016-MR-DLH-7

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| VINCENT CRAIG MOSLEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion to Secure Documents for Inclusion in Joint Appendix" [Doc. 266], as corrected [Doc. 267].

By his motion, defense counsel moves the Court for access to a number of docket entries for inclusion in the joint appendix for the Defendant's pending appeal. Specifically, counsel requests access to the Plea Agreement of co-defendant Justin Latrey Mosley [Doc. 177] and the Addenda to the Rule 11 colloquies of his co-defendants [Docs. 112, 116, 124, 133, 144, 171, 180].[1]

---

[1] In the motion, defense counsel identifies these documents only by their docket entry numbers, thus requiring the Court to consult the master docket sheet to determine the nature of these filings.

The documents requested pertain only to the Defendant's co-defendants. The Defendant offers no reason for the inclusion of these materials in the joint appendix of his appeal.[2] Accordingly, the Defendant's motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Secure Documents for Inclusion in Joint Appendix" [Doc. 266], as corrected [Doc. 267], is **DENIED**.

**IT IS SO ORDERED.**

Signed: September 28, 2017

Martin Reidinger
United States District Judge

---

[2] The Defendant's motion also states that the joint appendix is due to be filed in the Fourth Circuit Court of Appeals on September 29, 2017. Counsel offers no explanation as to why he waited until September 27, 2017 to file the present motion.